1  RICHARD T. MULLOY (Bar No. 199278)
   richard.mulloy@dlapiper.com
2  EDWARD H. SIKORSKI (Bar No. 208576)
   ed.sikorski@dlapiper.com
3  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
4  San Diego, California 92101-4297
   Telephone: 619.699.2700
5  Facsimile: 619.699.2701

6  AMY H. WALTERS (Bar No. 286022)
   amy.walters@dlapiper.com
7  **DLA PIPER LLP (US)**
   2000 University Avenue
8  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant
   NIKE, INC.

GRANTED
Judge Yvonne Gonzalez Rogers
4/10/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., | CASE NO. 17-cv-05931-YGR |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | Dept.: Courtroom 1, 4th Floor |
| NIKE, INC., | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

Pursuant to the Court's Order (Dkt. No. 67) granting Defendants' Omnibus Motion to Dismiss finding the asserted claims of U.S. Patent Nos. 8,738,794 ("the '794 patent"); 8,892,752 ("the '752 patent"); and 9,749,847 ("the 847 patent") (collectively, "the Asserted Patents") directed to patent-ineligible subject matter and therefore invalid pursuant to 35 U.S.C. § 101, it is HEREBY ORDERED that:

For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 67), claims 1-4, 7 and 9 of the '794 patent; claims 1, 2, 4, 5, 12, 13, and 14 of the '752 patent; and claims 1-3 of the '847 patent are invalid pursuant to 35 U.S.C. § 101.

The foregoing claims of the Asserted Patents represent all pending claims at issue in this case.

WHEREFORE JUDGMENT is entered in this case in favor of Defendant NIKE, Inc. and against Plaintiff Cellspin Soft., Inc.

Dated: __April 10__, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge