UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**FITBIT, INC.,**<br>**NIKE, INC.,**<br>**UNDER ARMOUR, INC.,**<br>**FOSSIL GROUP, ET AL.,**<br>**GARMIN INTERN., INC., ET AL.,**<br>**NIKON AMERICAS, INC., ET AL.,**<br><br>    Defendants**.** | Case No. 17-cv-05928-YGR<br><br>**AMENDED SCHEDULING ORDER**<br><br>CASE NO. 4:17-CV-05928-YGR<br>CASE NO. 4:17-CV-05931-YGR<br>CASE NO. 4:17-CV-05932-YGR<br>CASE NO. 4:17-CV-05933-YGR<br>CASE NO. 4:17-CV-05934-YGR<br>CASE NO. 4:17-CV-05936-YGR |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court's schedule has remained in flux due to the long-overdue jury trial of an unrelated Section 1983 action. A shift to that action's schedule has again impacted this set of cases. The Court will no longer be in trial on Friday, April 22, 2022. However, it will be in trial on Friday, May 6, 2022. Thus, the Court intends to devote April 22nd to this set of cases. Accordingly, the Court **ADVANCES** the motions and any pre-trial discussion from April 22, 2022 at 2:00 p.m. to 9:30 a.m. These proceedings will be in person. The Court further **VACATES** the proceedings on May 6, 2022.

**IT IS SO ORDERED.**

Dated: April 11, 2022

_____
YVONNE GONZALEZ ROGERS
United States District Judge