UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIKE, INC.,<br><br>　　　　Defendant. | Case No.  17-cv-05931-YGR<br><br>**JUDGMENT** |

Having granted defendant's motion for summary judgment, the Court hereby orders, adjudges, and decrees that judgment be entered in favor of defendant.

The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: June 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge