| TO: | **Mail Stop 8** | REPORT ON THE |
| --- | --- | --- |
| | **Director of the U.S. Patent & Trademark Office** | FILING OR DETERMINATION OF AN |
| | **P.O. Box 1450** | ACTION REGARDING A PATENT OR |
| | **Alexandria, VA  22313-1450** | TRADEMARK |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:
(**X**) Patents     or     ( ) Trademarks

| DOCKET NO: | DATE FILED: | UNITED STATES DISCTRICT COURT |
| --- | --- | --- |
| 17-cv-05931-JCS | October 16, 2017 | Phillip Burton Federal Building |
| | | 450 Golden Gate Avenue, 16th Floor |
| | | San Francisco, CA 94102 |

| PLAINTIFF: | DEFENDANT: |
| --- | --- |
| Cellspin Soft, Inc. | Nike, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- |
| 1. | | ***see attach Complaint*** |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED         INCLUDED BY:
                      ( ) Amendment         ( ) Answer         ( ) Cross Bill         ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGEMENT: |
| --- |
| Summary Judgment Orders and Judgment |

Mark B. Busby, Clerk                                        (by) Deputy Clerk, Kiilani Kealalio-Puli

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy